## UNSWORN STATEMENT BY APPELLEE LISA A. WATKINS

## EXHIBIT A

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:23:03 PM
KEITH E. HOTTLE
Clerk

My name is Lisa A. Watkins. I am over the age of 18. I am of sound mind and body and am capable of giving this statement. The facts set forth in this statement are true and correct.

I am the appellee in this appeal. Carmen Benavides Ramirez represented me in the Trial Court. The contract I signed with Ms. Ramirez indicates that she would only represent me in the Trial Court and not in the appellate court. Under our contract, I know she must withdraw from representing me on appeal. I am in agreement to her withdrawing from representing me in this appeal. I would also like to state that Ms. Ramirez's office has kept me abreast of the deadlines in this appeal. I would like additional time to file my brief.

My name is Lisa A. Watkins. My birthday is ___6|14|1979___. My address is 825 E. Ave. C, Kingsville, TX 78363. I declare under penalty of perjury that the foregoing statement is true and correct.


_____
**Lisa A. Watkins**